```
                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
                      AT SAN FRANCISCO
```

JOHN J. SHEFCIK III,                 )   CV 08   3303
                                     )
    Petitioner,                      )
                                     )
Vs.                                  )   **SWORN AFFIRMATION**
                                     )   **IN SUPPORT OF PETITIONER'S**
                                     )   **WRIT OF PREJUDICE**
KING COUNTY, A POLITICAL             )
SUBDIVISION OF THE STATE             )
OF WASHINGTON; MUNICIPALITY          )
OF WASHINGTON STATE,                 )
                                     )
    Defendants, et al.               )

State of Washington    )
                       )   **SWORN AFFIRMATION**
<u>In Grays Harbor County</u>  )

   I, John J. Shefcik III, declare the following from personal knowledge. On October 22, 1999, while I was release on bond on Washington State charges, and as a result of a plea agreement and entering a guilty plea to a class "E" federal felony of "Failure to Disclose a Material Event", in the U.S. District Court for the Western District of Washington at Seattle (CR99-00451Z), I was sentenced to eight (8) months of incarceration. I was represented in the federal case by paid counsel who was also represented me in the far more serious state criminal matter. My paid counsel convinced me it would be "easier and cheaper" to plead guilty to the "small federal charge" so I could expend my diminishing resources on the state criminal defense.
   Over strong objections, I was given the eight month sentence and a wild pethora of special probationary conditions having absolutely no relationship whatsoever to my federal offense. I was released by the Court. Subsequently I received correspondence notifying me to report to the Federal Correctional Institute, Taft, California (FCI-Taft) on or before November 22, 1999. I promptly notified the King County Superior Court of this requirement in order that I not violate the conditions of my release on the state charges and then reported to FCI-Taft to begin serving my federal sentence.
   On March 19, 2000, in accordance with the Interstate Agreement on Detainers Act, King County Sheriff Deputies took custody of me from FCI-Taft and transported me to King County Jail in Seattle, Washington where I completed my federal sentence while awaiting trial on my state charges.
   After battling my state case for more than twenty-one months, a negotiated plea was reached and I was incarcerated in state prison. Six months later I filed a motion in the U.S. Distirct Court in Seattle to remove the unlawfully imposed special probationary

conditions. By this time I had expended all my funds, was unable to employ an attorney and filed these motions pro se with very little knowledge of the legal system or law. The pleadings were quite poorly made and the motion was summarily rejected by the District Court at Seattle. Nevertheless, I filed an appeal to the Ninth Circuit. Due to the USDC at Seattle's intransigence, the Court of Appeals instructed the District Court at Seattle to issue a Certificate of Appelability. Ultimately, the Ninth Circuit ruled my appeal, although having merit, must be dismissed as time-barred.
//
   On April 14, 2008, I mailed the original and two (2) copies of a criminal complaint against Pierce County Washington Judiciary Agency/Department to the U.S Attorney and the U.S. District Court for the Western District of Washington at Seattle. In my cover letter to the Clerk, I specifically requested a conformed copy be returned to me in the self-addressed return envelope and I noted that once I received it, I would promptly file an additoinal Memorandum of Law supporting the jurisdiction of the USDC at Seattle thus addressing the F.R.Cr.P. 18 issues.
   On May 5, 2008, I received the conformed copy of my complaint stamped: "Received **MAIL** APR 18 2008, AT SEATTLE, CLERK U.S. DISTRICT COURT, WESTERN DISTIRCT OF WASHINGTON, BY ___DEPUTY." and assigning cause number MC08-5008RBL. The very next day, May 6, 2008, I received an **ORDER** signed by the Hon. Ronald B. Leighton, J., from the USDC at TACOMA dismissing my complaint by specifically misapplying a U.S. Supreme Court decision.
   I specifically filed my complaint in the USDC at Seattle and conferred my jurisdiction upon that Court. No motion was filed by any party or sua sponte an no notice or change of venue was given or supported, thus the transfer was unlawful. Further, the clerk failed to adhere to my simple request made in my cover letter and no explanation was afforded for the excessive delay in providing me the conformed copy only one day before the Court dismissed it!
   On May 19, 2008, I wrote to Chief Judge Robert Lasnick of the Western District of Washington requesting he investigate the handling of this matter and received no response. On May 31, 2008, I filed a Notice of Appeal and a Motion to Proceed In Forma Pauperis noting issues on appeal as (1) lack of jurisdiction of the court, (2) improper change of venue, (3) misapplication of U.S. Supreme Court decision, and (4) failure of the Court to perform duty of office. On June 6, 2008, I filed the Appellant's designation of Transcripts on Appeal and on June 9, 2008 I recieved Notice of acceptance of my apeal from the Ninth Circuit (No. 08-35491) and the briefing schedule. On June 12, 2008, the USDC at Tacoma issued an ORDER denying my motion to proceed In Forma Pauperis, finding my appeal was frivolous. (Note: The actions of Pierce County complained of in this cause arise out of violations of federal law in Pierce County Superior Court Cause # 04-2-11540-5 by the Clerk's office.)
//
   On March 4, 2004 I filed a Tort Claim [#34934] with King County Washington for damages for wrongful conversion arising out of an unlawful search and seizure of my personal property which was returned to me more that three (3) years later (although not all

page 2

of my property was returned). Receiving no response to this claim from King County, on August 5, 2004, I mailed a Summons and Complaint in accordance with state law, to be filed in Pierce County Superior Court, naming King County as the defendants. Pierce County Superior Court filed this action under number 04-2-11540-5 on September 10, 2004. I began discovery and found the defendant to be reluctant to cooperate. Six separate sets of Interrogatories and Requests for Production of Documents were propounded and a Motion to Compel was heard and denied in the Superior Court over the next 3½ years.

I finally resorted to using federal Freedom of Information Act to acquire documents needed to prosecute my case in early 2008 and began to obtain positive results. However, the Pierce County Superior Court Clerk's ignored two separate requests for disclosure of specific documents relating to the case and the Court refused to acknowledge the requests at all.

On May 11, 2008, I filed a NOTICE OF REMOVE OF CIVIL ACTION under 28 U.S.C §§ 1331 & 1443(1) pursuant to 28 U.S.C. 1446. This motion was specifically filed in the U.S. District Court for the Western District of Washington at SEATTLE. I properly served the defendants, Pierce County Superior Court and the Pierce County Superior Court Judge separately, and the Washington State Attorney General.

On May 16, 2008, the Washington Attorney General acknowledged receipt of my Notice of Removal and advised his position was that King County was the sole defendant and as such, Washington State declined to defend them.

On May 29, 2008, I received a notice from the U.S. District Court for the Western District of Washington in TACOMA (on whom I did NOT confer my jurisdiction) informing me that my NOTICE OF REMOVAL OF CIVIL ACTION had been improperly converted, without my permission, into a PROPOSED CIVIL RIGHTS COMPLAINT under 42 U.S.C. § 1983.

On May 30, 2008, I wrote a letter to Mr. Bruce Rifkin, Clerk of the Court strenuously objecting to the conversion of my removal into a civil rights complaint and requesting he take immediate action to correct the case from the assigned cause number in Tacoma (C08-5329RJB/KLS) as a 42 U.S.C § 1983 back to a removal action. No response has been received whatsoever and it appears I am being ignored.

I do not believe that I have any chance of getting any sort of a fair hearing on the merits of my claims within the Western District of Washington and that I must remove my cause in order to obtain justice.

I, John J. Shefcik III, state under the pain and punishment of perjury as controlled by 18 U.S.C. § 1001, that the foregoing is true and correct to the best of my personal knowledge and recollection.

I hereby Date this the: 18th day of June, 2008.

/x/ _____
John J. Shefcik III    823809
19 Constantine Way     H1B35L
Aberdeen, Washington  98520          page 3

ORIGINAL