UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

FILED

| | |
|---|---|
| John J. Shefcik, III.<br><br>  Petitioner,<br><br>  vs.<br><br>King County, A Political Subdivision of the State of Washington;<br>MUNICIPALITY OF WASHINGTON STATE.<br><br>  Defendants, et al., | CV 08 3303<br><br>AFFIDAVIT OF SERVICE<br>BY MAILING.<br><br>DATE MAILED:<br>20 JUNE, 2008.<br><br>MHP<br>(PR) |

E-filing

COMES NOW, Thomas R. McKee, who does state that he resides within the geographical boundaries known as the State of Washington, within the Stafford Creek Corrections Center, and that he known Mr. Shefcik personally.

I further state that John Shefcik is in a state of poverty at this time, due to his a small problem with his accounts. I state that I have read the documents enclosed, I have personally witnessed Mr. Shefcik sign these documents, and date the same. And Wherefore, I do now hereby state that on the below listed date, I did deposit into the United States Mail, with the postage pre-paid and addressed to:

<u>Office of the Clerk</u>
United States District Court,
Northern District of California,
280 South First Street,
Room 2112,
San Jose, California.
95113-3095

Enclosed within this package, that I am sending to the above Court is, One ORIGINAL and Two Copies for the Court, with One Conformed Copy, to be returned to the Petitioner.

I date this the 20th Day of: JUNE, 2008.

/s/ _____,
Mr. Thomas R. McKee, 269210 - H1-B-60,
191 Constantine Way,
Aberdeen, Washington. 98520.

CC/FILE
Shefcik.

-ooo-0-ooo-

<u>FURTHER AFFIANT SAYITH NAUGHT</u>

//
//
                                                              Endé.