# LAW OFFICES OF DAVID S. VOGEL, P.L.L.C.

Exchange Bldg, 821 Second Avenue, Suite 2200, Seattle, WA 98104
Phone: (206) 622-2573    •    Fax: (206) 388-0742    •    Email: dvogel@davidvogel.com

July 24, 2008

*Via first-class mail*

United States District Court
Northern District of California
280 S 1st St
Room 2112
San Jose, CA 95113

      RE:    Case No. 08-CZ-3303 (Shefcik, John J.)
              Filing fee

To Whom It May Concern:

Enclosed please find a check in the amount of $350 for payment of the filing fee regarding the above-referenced case. Please note that this office does NOT represent Mr. Shefcik.

Thank you for your assistance regarding this matter. Please contact me at 206-622-2573 should you have questions or concerns.

                    Very truly yours,

                    David S. Vogel

Enclosure

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003661
Cashier ID: harwellt
Transaction Date: 07/28/2008
Payer Name: Law Offices of David S.
------------------------------------
CIVIL FILING FEE
 For: John J. Shefcik, III
 Case/Party: D-CAN-3-08-CV-003303-001
 Amount:          $350.00
------------------------------------
CHECK
 Check/Money Order Num: 20911
 Amt Tendered: $350.00
------------------------------------
Total Due:        $350.00
Total Tendered: $350.00
Change Amt:       $0.00

Case # 08-cv-3303-MHP

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.