UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AT SAN JOSE

| | |
|---|---|
| JOHN J. SHEFCIK III, | ) CASE NO: CV08-3303-MHP |
| Plaintiff/Petitioner, | ) |
| Vs. | ) PRISONER'S |
| | ) APPLICATION TO PROCEED |
| KING COUNTY, A POLITICAL | ) IN FORMA PAUPERIS |
| SUBDIVISION OF THE STATE | ) |
| OF WASHINGTON; MUNICIPALITY | ) |
| OF WASHINGTON STATE, | ) |
| Defendants, et al. | ) |

I, <u>John J. Shefcik III</u>, declare, under penalty of perjury that I am the plaintiff/petitioner in the above entitled case and the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being obligated to prepay the full amount of the fees, costs, or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1) I am not presently employed. I am currently incacerated and have been continuously imprisoned since November 18, 1999. I was last employed as a lead carpenter for Mr. Gary Newman, 3017 273rd N.E., Redmond, WA. 98053 where I was working full time at a pay rate of $20.00 per hour. I have never been employed in prison.

2) In the past twelve (12) months I have **NOT** received any money from a business, profession, or self-employment; stocks, bonds, or royalties; rent payments; pensions, annuities, or life insurance payments; Federal or State welfare payments, nor Social Security.

ORIGINAL

I am eligible to receive VA disability payments, however, those funds do not fully pay during periods of incarceration and what amount that is paid is diverted to repay a defaulted GI Bill mortgage and the VA has not been forthcoming in providing any details regarding the status of this issue in spite of 10 years of requests.

3) I am not married

4) There are no persons who rely on me for any type of support.

5) I do not own nor am I purchasing any real estate or property, nor do I have any vested interest in any such.

6) I do not own any vehicles.

7) I have not bank accounts, own any cash, or have any marketable assests of any value.

8) I am incarcerated by the State of Washington and hence am a **ward** of the State of Washington who is required to provide me food clothing and shelter.

I have no outstanding charge accounts, all my bills were paid prior to the time I surrendered myself for incarceration.

9) I have two (2) outstanding Legal Financial Obligations (LFOs).

    A.  King County Superior Court    currently paying down
       516 Third Avenue                  approx balance $980.
       Seattle, WA  98104              (no interest accrues)

    B.  U.S. District Court           $68,370.
       700 Stewart Street             (no interest accrues)
       Seattle, WA  98101

10) This complaint is a case which has been removed from State court to Federal court and transferred from the W.D. of Washington to this Court on a Writ of Prejudice.

ORIGINAL

The filing fee in this cause was paid on July 24, 2008 by the most generous support of attorneys sympathetic to my cause. It should therefore, not be necessary to withdraw any funds from my prison trust account for the filing fee. Nevertheless, I request this Court grant In Forma Pauperis status with the regard to all other aspects of this case. I have included a copy of the Washington Department of Corrections "PLRA IN FORMA PAUPERIS STATUS REPORT" for this Courts consideration as required.

I declare under the penalty of perjury that the foregoing is true and correct and I understand that a false statement herein may result in the dismissal of my claims.

Dated this 30th day of July, 2008.

/s/ *John J Shefcik III*
John J. Shefcik III    823809
191 Constantine Way   H1B40L
Aberdeen, Washington  98520
Pro se                jjs

ORIGINAL

DEPARTMENT OF CORRECTIONS
STAFFORD CREEK CORRECTIONS CENTER

Page 1 of 1
OIRPLRAR
6.03.1.0.1.2

PLRA IN FORMA PAUPERIS STATUS REPORT

FOR DEFINED PERIOD : 12/01/2007   TO  05/31/2008

DOC : 0000823809    NAME : SHEFCIK JOHN                    ADMIT DATE :05/29/2001

DOB : 05/13/1953                                           ADMIT TIME :00:00

| AVERAGE MONTHLY RECEIPTS | 20% OF RECEIPTS | AVERAGE SPENDABLE BALANCE | 20% OF SPENDABLE |
|---|---|---|---|
| 61.67 | 12.33 | 14.91 | 2.98 |

...E OF WASHINGTON
...PARTMENT OF CORRECTIONS
...FICE OF CORRECTIONAL OPERATIONS
...TAFFORD CREEK CORRECTION CENTER
...ERTIFIED BY: Joliver

COPY

```
JROLIVER                      Department of Corrections                      OTRTASTA
                          STAFFORD CREEK CORRECTIONS CENTER
                             T R U S T   A C C O U N T   S T A T E M E N T             6.03.1.0.1.2
```

DOC: 0000823809    Name: SHEFCIK, JOHN J                    DOB: 05/13/1953
LOCATION: S01-314-H1035L

ACCOUNT BALANCES Total:     631.25      CURRENT:     631.25      HOLD:      0.00

                          12/01/2007    06/11/2008

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| SPENDABLE BAL | 5.80 | 0.48 |
| SAVINGS BALANCE | 579.50 | 616.50 |
| WORK RELEASE SAVINGS | 0.00 | 0.00 |
| EDUCATION ACCOUNT | 14.11 | 14.11 |
| MEDICAL ACCOUNT | 0.00 | 0.00 |
| POSTAGE ACCOUNT | 53.37 | 0.16 |
| COMM SERV REV FUND ACCOUNT | 0.00 | 0.00 |

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS
OFFICE OF CORRECTIONAL OPERATIONS
STAFFORD CREEK CORRECTION CENTER
CERTIFIED BY: *[signature] Oliver*

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| CVCS | CRIME VICTIM COMPENSATION/07112000 | 05292001 | UNLIMITED | 308.25 | 0.00 |
| COIS | COST OF INCARCERATION /07112000 | 05292001 | UNLIMITED | 1231.30 | 0.00 |
| COPD | COPY COSTS DEBT | 02202003 | 0.00 | 22.44 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 01102006 | 3.00 | 20.92 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 12102001 | 0.00 | 3.00 | 0.00 |
| DEND | DENTAL COPAY DEBT | 10122004 | 3.00 | 6.00 | 0.00 |
| COI | COST OF INCARCERATION | 05292001 | UNLIMITED | 0.00 | 0.00 |
| CVC | CRIME VICTIM COMPENSATION | 05292001 | UNLIMITED | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 06142003 | 0.00 | 5.56 | 0.00 |
| LFO | LEGAL FINANCIAL OBLIGATIONS | 20040126 | UNLIMITED | 189.52 | 0.00 |
| POSD | POSTAGE DEBT | 12022003 | 0.00 | 26.65 | 0.00 |
| POSD | POSTAGE DEBT | 12172002 | 0.00 | 9.98 | 0.00 |
| TVRTD | TV RENTAL FEE DEBT | 08192005 | 0.00 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 10032003 | 0.00 | 43.69 | 0.00 |
| KEYD | KEYS/LOCKS DEBT | 01242003 | 0.00 | 3.00 | 0.00 |

TRANSACTION DESCRIPTIONS --                SPENDABLE BAL  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/05/2007 | WTS | REC FEE - WEIGHTS-4th qtr | ( 5.00) | 0.80 |
| 12/07/2007 | WTS | REV GL#11657176 SEQ#1-s/b 1st Qtr | 5.00 | 5.80 |
| 12/07/2007 | WTS | REC FEE - WEIGHTS-1st Qtr | ( 5.00) | 0.80 |
| 12/08/2007 | TV | I05 - TV CABLE FEE | ( 0.50) | 0.30 |
| 12/11/2007 | OTH | OTHER DEPOSITS-27682 O'Noockett, c | 20.00 | 20.30 |
| 12/11/2007 | DED | Deductions-LFO-20040126 D D | ( 4.00) | 16.30 |
| 12/11/2007 | DED | Deductions-CVCS-05292001 D D | ( 1.00) | 15.30 |
| 12/11/2007 | DED | Deductions-SAV-01152003 D D | ( 2.00) | 13.30 |
| 12/11/2007 | DED | Deductions-COIS-05292001 D D | ( 3.30) | 10.00 |
| 12/19/2007 | CRS | CRS SAL ORD #4338935STR | ( 9.95) | 0.05 |
| 01/12/2008 | TVD | TV CABLE FEE DEBT | 0.45 | 0.50 |



DOC: 0000823809    Name: SHEFCIK, JOHN J                    DOB: 05/13/1953
LOCATION: S01-314-H1035L

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 01/12/2008 | TV | I05 - TV CABLE FEE | ( 0.50) | 0.00 |
| 01/18/2008 | OTH | OTHER DEPOSITS-29352 Nortentt, C | 20.00 | 20.00 |
| 01/18/2008 | DED | Deductions-LFO-20040126 D D | ( 4.00) | 16.00 |
| 01/18/2008 | DED | Deductions-CVCS-05292001 D D | ( 1.00) | 15.00 |
| 01/18/2008 | DED | Deductions-SAV-01152003 D D | ( 2.00) | 13.00 |
| 01/18/2008 | DED | Deductions-COIS-05292001 D D | ( 3.00) | 10.00 |
| 02/01/2008 | CRS | CRS SAL ORD #4409506STR | ( 9.42) | 0.58 |
| 02/09/2008 | TV | I05 - TV CABLE FEE | ( 0.50) | 0.08 |
| 02/18/2008 | MEDD | MEDICAL COPAY DEBT | 2.92 | 3.00 |
| 02/18/2008 | MED | I05 - MEDICAL COPAY | ( 3.00) | 0.00 |
| 02/20/2008 | OTH | OTHER DEPOSITS-30513 Ocborn, G | 330.00 | 330.00 |
| 02/20/2008 | DED | Deductions-LFO-20040126 D D | ( 66.00) | 264.00 |
| 02/20/2008 | DED | Deductions-CVCS-05292001 D D | ( 16.50) | 247.50 |
| 02/20/2008 | DED | Deductions-SAV-01152003 D D | ( 33.00) | 214.50 |
| 02/20/2008 | DED | Deductions-COIS-05292001 D D | ( 66.00) | 148.50 |
| 02/20/2008 | DED | Deductions-MEDD-01102006 D D | ( 2.92) | 145.58 |
| 02/20/2008 | DED | Deductions-TVD-06142003 D R | ( 0.45) | 145.13 |
| 02/26/2008 | DEN | I05 - DENTAL COPAY | ( 3.00) | 142.13 |
| 03/03/2008 | WTS | REC FEE - WEIGHTS 2ND QTR 08 | ( 5.00) | 137.13 |
| 03/04/2008 | CRS | CRS SAL ORD #4457846STR | ( 45.64) | 91.49 |
| 03/05/2008 | CRS | CRS SAL ORD #4459442STR | ( 75.38) | 16.11 |
| 03/08/2008 | TV | I05 - TV CABLE FEE | ( 0.50) | 15.61 |
| 03/10/2008 | CRS | CRS SAL ORD #4467767STR | ( 3.61) | 12.00 |
| 03/18/2008 | MED | REV GL#11957725 SEQ#2-PER EMAIL REQUEST | 3.00 | 15.00 |
| 03/21/2008 | CRS | CRS SAL ORD #4489154STR | ( 5.60) | 9.40 |
| 03/28/2008 | MED | I05 - MEDICAL COPAY | ( 3.00) | 6.40 |
| 03/28/2008 | MED | I05 - MEDICAL COPAY | ( 3.00) | 3.40 |
| 04/02/2008 | CRS | CRS SAL ORD #4505465STR | ( 1.62) | 1.78 |
| 04/02/2008 | CRS | CRS SAL ORD #4505475STR | ( 1.68) | 0.10 |
| 04/10/2008 | MED | REV GL#12124852 SEQ#1-PER EMAIL REQUEST | 3.00 | 3.10 |
| 04/12/2008 | TV | I05 - TV CABLE FEE | ( 0.50) | 2.60 |
| 04/14/2008 | MED | REV GL#12124853 SEQ#1-PER EMAIL REQUEST | 3.00 | 5.60 |
| 05/10/2008 | TV | I05 - TV CABLE FEE | ( 0.50) | 5.10 |
| 05/19/2008 | MEDD | MEDICAL COPAY DEBT | 3.00 | 8.10 |
| 05/19/2008 | MED | I05 - MEDICAL COPAY | ( 3.00) | 5.10 |
| 05/21/2008 | CRS | CRS SAL ORD #4585188STR | ( 4.62) | 0.48 |
| 05/28/2008 | DEND | DENTAL COPAY DEBT | 3.00 | 3.48 |
| 05/28/2008 | DEN | I05 - DENTAL COPAY | ( 3.00) | 0.48 |

P.J. Shotzik 823809
191 Con
Aberdeen, WA 10520

LEGAL MAIL

THIS WAS MAILED BY AN
OFFENDER CONFINED AT A
WASHINGTON STATE DEPT OF
CORRECTIONS FACILITY. ITS
CONTENTS MAY BE UNCENSORED.

MHP

Clerk, U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California
95113




02 1M
0004217435
MAILED FROM ZIP CODE 98520
UNITED STATES POSTAGE
$ 01.17⁰
JUL 31 2008
PITNEY BOWES

7-30-08