UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AT SAN JOSE

FILED
08 AUG -6 PM 12:06

| | |
|---|---|
| JOHN J. SHEFCIK III, | CASE NO: CV08-3303-MHP |
| Plaintiff/Petitioner, | |
| Vs. | **CERTIFICATE OF SERVICE BY MAILING** |
| KING COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF WASHINGTON; MUNICIPALITY OF WASHINGTON STATE, | |
| Defendants, et al. | |

I <u>John J. Shefcik III</u>, declare that on the date indicated below I deposited a copy of my PRISONER'S APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> in the ineral Legal Mail system of the Stafford Creek Corrections Center and made arrangements for first class postage prepaid addressed to:

    Clerk, U.S. Distirct Court
    Northern District of California
    280 First Avenue, Room 2112
    San Jose, California  95113

I declare under penalty of perjury under the laws of the United States of America, 28 <u>U.S.C.</u> § 1746, that the foregoing is true and correct.

Dated this 30th day of July, 2008.

/s/ _John Shefcik III_
    John J. Shefcik III   823809
    191 Constantine Way   H1B40L
    Aberdeen, Washington   98520

**ORIGINAL**